1  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN: 146505)
2  970 West 190th Street, Suite 700
   Torrance, California 90502
3  Tel No.: 310/ 768-3068
   Fax No.: 310/ 719-1019
4  Brian.takahaski@bowmanandbrooke.com

5  BOWMAN AND BROOKE LLP
   Ryan A. McCarthy (SBN: 273507)
6  1741 Technology Drive, Suite 200
   San Jose, California 95110-1364
7  Tel No:   408/ 279-5393
   Fax No:   408/ 279-5845
8  Ryan.mccarthy@bowmanandbrooke.com

9  Attorneys for Defendant
   JAGUAR LAND ROVER NORTH AMERICA, LLC
10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  IAN CHARLES, an individual | ) **CASE NO: 4:16-cv-06448-MEJ** |
| 14              Plaintiff, | ) **[PROPOSED] ORDER ON STIPULATION** |
|                            | ) **OF DISMISSAL (FRCP RULE** |
| 15       vs. | ) **41(a)(1)(A)(ii))** |
| 16  JAGUAR LAND ROVER NORTH | ) Action Filed: September 30, 2016 |
|     AMERICA, LLC.; and DOES 1-20, | ) Trial:          None |
| 17  Inclusive, | ) |
| 18              Defendants. | ) |

19

20       The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this

21  action, and finding good cause,

22       IT IS HERBY ORDERED that this action is dismissed in its entirety with prejudice as to all

23  plaintiff's claims, actions and causes of action asserted against defendant. Each party is to bear its

24  own costs and fees, including, but not limited to, attorney's fees and expert fees. The Court shall

25  ///

26  ///

27  ///

28  ///

1  retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for

2  the purposes of enforcing the terms of the parties' settlement agreement.

3      IT IS SO ORDERED.

4  Dated: ___September 18, 2017___

5

6                        _____
                         Honorable Maria-Elena James